Exhibit 3



## PERSONAL GUARANTY

__Green Paradise Enterprises__
**Print Name of Business**

__1-16-2018__
**Date**

__GPE 01__
**Account #**

__464278996__
**Federal Tax ID #**

In order to induce **Coastal Sunbelt Produce Company** as well as its subsidiaries and affiliates, to extend credit to the person or business applying for credit above, Guarantor (s) hereby Guaranty to **Coastal Sunbelt Produce Company**., prompt payment for all goods and services purchase from **Coastal Sunbelt Produce Company**., whether or not purchase exceeds the credit limit requested in the credit application. Guarantor(s) acknowledge that the terms and conditions contained in the application shall be incorporated herein by reference, and are made a part of this Guaranty. Guarantor (s) further Guaranty payment of interest in the amount of 1 ½ % per month, or the maximum rate allowed by law (whichever is greater), on any unpaid balance 30 days past due from invoice due date. Guarantor (s) acknowledge, agree and understand that VENUE AND JURISDICATION AS TO ANY CLAIM OR CONTROVERSY ARISING BETWEEN THE PARTIES SHALL BE PLACED IN HOWARD COUNTY, MARYLAND, OR ANY OTHER COURT OF COMPETANT JURISDICTION SELECTED AT THE SOLE DESCRETION OF **COASTAL SUNBELT PRODUCE COMPANY**. On all matters of collection, Guarantor (s) Guaranty payment of attorney's fees or collection cost in the amount of 33 1/3% of the principal amount due, or the maximum rate allowed by law (whichever is greater) , plus court costs and disbursements.

This is a continuing Guaranty and shall remain in full force and effect until revoked by Guarantor (s) by notice in writing by certified mail/return receipt requested to **Coastal Sunbelt Produce Company**. Such revocation shall be effective only as to claims that arise out of transactions entered into after receipt of said notice. This Guaranty shall be binding upon the heirs, representatives, successors and assigns of Guarantor (s) . Guarantor (s) hereby waive any homestead exemption and all requirements or rights with regard to notice, demand , presentment or protest and appoint any employee of **Coastal Sunbelt Produce Company** or attorney to appear in any court of competent jurisdiction for the purpose of confessing judgment on all amounts due pursuant to this Guaranty.

Guarantor (s) recognizing that their individual credit history may be a factor in the evaluation of accepting this Guaranty, hereby consent to and authorize **Coastal Sunbelt Produce Company**. To obtain and use any and all information related to the credit evaluation process, but not limited to, the Guarantors consumer credit report.

**Signature** _(signed)_
**Printed Name** __Lydia Lee__
**Date of Birth**
**Home Address** __10101 Watts mine LN__
**City, State, Zip** __potomac Md 20854__
**Witness Signature:** _(signed)_
**Printed Name:** __John Park__

**Signature**
**Printed Name**
**Date of Birth**
**Home Address**
**City, State, Zip**
**Witness Signature:**
**Printed Name:**



## PERSONAL GUARANTY

Green Paradise LLC
**Print Name of Business**

NGMØ1
**Account #**

09/11/13
**Date**

46-3148317
**Federal Tax ID #**

In order to induce Coastal Sunbelt Produce Company as well as its subsidiaries and affiliates, to extend credit to the person or business applying for credit above, Guarantor (s) hereby Guaranty to Coastal Sunbelt Produce Company., prompt payment for all goods and services purchase from Coastal Sunbelt Produce Company., whether or not purchase exceeds the credit limit requested in the credit application. Guarantor(s) acknowledge that the terms and conditions contained in the application shall be incorporated herein by reference, and are made a part of this Guaranty. Guarantor (s) further Guaranty payment of interest in the amount of 1 ½ % per month, or the maximum rate allowed by law (whichever is greater), on any unpaid balance 30 days past due from invoice due date. Guarantor (s) acknowledge, agree and understand that VENUE AND JURISDICATION AS TO ANY CLAIM OR CONTROVERSY ARISING BETWEEN THE PARTIES SHALL BE PLACED IN HOWARD COUNTY, MARYLAND, OR ANY OTHER COURT OF COMPETANT JURISDICTION SELECTED AT THE SOLE DESCRETION OF COASTAL SUNBELT PRODUCE COMPANY. On all matters of collection, Guarantor (s) Guaranty payment of attorney's fees or collection cost in the amount of 33 1/3% of the principal amount due, or the maximum rate allowed by law (whichever is greater) , plus court costs and disbursements.

This is a continuing Guaranty and shall remain in full force and effect until revoked by Guarantor (s) by notice in writing by certified mail/return receipt requested to Coastal Sunbelt Produce Company. Such revocation shall be effective only as to claims that arise out of transactions entered into after receipt of said notice. This Guaranty shall be binding upon the heirs, representatives, successors and assigns of Guarantor (s) . Guarantor (s) hereby waive any homestead exemption and all requirements or rights with regard to notice, demand , presentment or protest and appoint any employee of Coastal Sunbelt Produce Company or attorney to appear in any court of competent jurisdiction for the purpose of confessing judgment on all amounts due pursuant to this Guaranty.

Guarantor (s) recognizing that their individual credit history may be a factor in the evaluation of accepting this Guaranty, hereby consent to and authorize Coastal Sunbelt Produce Company. To obtain and use any and all information related to the credit evaluation process, but not limited to, the Guarantors consumer credit report.

| Signature | Signature |
|---|---|
| Printed Name: Lydia Lee | Printed Name: |
| Date of Birth: 04/24/13 | Date of Birth: |
| Home Address: 12010 Gatewater Dr | Home Address: |
| City, State, Zip: Potomac MD 20854 | City, State, Zip: |
| Witness Signature: | Witness Signature: |
| Printed Name: | Printed Name: |